2016-0980 (La. 9/16/16)

**Clifton THOMASSIE, III, Christopher Thomassie, Fran Thomassie and Nicole Thomassie, Individually and on Behalf of Their Father Clifton Thomassie, Jr.**

v.

**Tonya JAGNEAUX, M.D., State of Louisiana Through the LSU Health System, and Baton Rouge General Medical Center**

**NO. 2016-CC-0980**

Supreme Court of Louisiana.

September 16, 2016

Applying For Supervisory and/or Remedial Writs, Parish of E. Baton Rouge, 19th

Judicial District Court Div. D, No. 624,421; to the Court of Appeal, First Circuit, No. 2015 CW 1920;

IN RE: State of Louisiana through Dr. Tonya Jagneaux;—Defendant;

Denied.